**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                    Case No.8:21-bk-05971-RCT

GIZELE PHILIPPE SAINVIL                                   Chapter 13

Debtor.*
_____/

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO MAKE PAYMENTS TO THE TRUSTEE**

KELLY REMICK, the Chapter 13 Standing Trustee, by and through her undersigned attorney, hereby moves to dismiss the above-styled Chapter 13 case, and in support thereof would state as follows:

1. As of August 16, 2022, the Debtor is delinquent in payments ordered to be paid to the Chapter 13 Trustee to the extent of $2,517.64, which sum is through and including the July, 2022 payment.

2. The Debtor's failure to make timely payments to the Chapter 13 Trustee is contrary to the terms of the Administrative Order entered in this case and as such constitutes grounds for dismissal pursuant to 11 U.S.C. §1307(c)(1) as a willful failure of the Debtor to abide by Orders of the Court and as an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal for failure to make plan payments for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and proper.

_____

*All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion to Dismiss for Failure to Make Payments to the Trustee was furnished, by U.S. Mail and/or CM/ECF, to Gizele Philippe Sainvil, 5321 Hightower Rd, North Port, FL 34288 and Christopher L Hixson, Consumer Law Attorneys, 2727 Ulmerton Road, Suite 270, Clearwater, FL 33762, on this 16th day of August, 2022.

/s/ William C. Harrison, Esquire
WILLIAM C. HARRISON, ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0040898
Attorney for the Trustee

KR/WCH/ns